UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                      Case No. 8:25-cr-17-SDM-CPT

MARYSA RENEE COMER
_____/

**O R D E R**

Before the Court is the United States' unopposed motion pursuant to Federal Rule of Criminal Procedure 12.2(c)(1)(B) for a pretrial psychiatric or psychological examination of the Defendant under 18 U.S.C. § 4242. (Docs. 47, 49). Upon due consideration of the matter, the government's motion is granted. Accordingly, it is hereby ORDERED:

1. In accordance with 18 U.S.C. § 4247(b), the Defendant is committed to the custody of the Attorney General for a reasonable period, not to exceed forty-five days, for placement in a suitable facility for the purpose of conducting a psychiatric or psychological examination of the Defendant under 18 U.S.C. § 4242.

2. The director of the facility shall designate an examiner, who shall prepare and file a report pursuant to 18 U.S.C. § 4247(c). The director may request an additional reasonable period of commitment, not to exceed thirty days, as authorized by 18 U.S.C. § 4247(b).

SO ORDERED in Tampa, Florida this 26th day of January 2026.

                                                  HONORABLE CHRISTOPHER P. TUITE
                                                  United States Magistrate Judge

Copies to:
Counsel of record