**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs- Case No. 8:25-cr-17-SDM-CPT

MARYSA RENEE COMER

**CLERK'S MINUTES**
Proceeding: Competency Hearing
*Courtroom 12B*

Judge: Christopher P. Tuite, U.S. Magistrate Judge
Deputy Clerk: Ashley Sanders
USPO: none
Court Reporter: Digital
Interpreter: none

Date: October 20, 2026
Time: 3:12 p.m.
Recess: 3:23 p.m.
Total Time: 11 min

---

Counsel for USA: Brooke Padgett, AUSA
Counsel for Defendant: Ashley Allen, AFPD

---

Court calls case and counsel enters appearances.

Both parties have received and reviewed Dr. Goldsmith's report. Both parties stipulate to the findings and do not wish to present further evidence.

Defendant to be committed to the BOP for competency restoration.

Recess.